# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN MICHIGAN

TRACY STEHLIN,

      Plaintiff,                   CASE NO. 21-cv-11135

v.                                 HON. DENISE PAGE HOOD

FIAT CHRYSLER AUTOMOBILES,     MAG. JUDGE DAVID R GRAND

      Defendant.

---

| | |
|---|---|
| Scott P. Batey (P54711) | S. RAE GROSS (P42514) |
| BATEY LAW FIRM, PLLC | Ogletree, Deakins, Nash, |
| Attorney for Plaintiff | Smoak & Stewart, PLLC |
| 30200 Telegraph Road, Suite 400 | Attorneys for Defendant FCA US LLC |
| Bingham Farms, MI  48025 | 34977 Woodward Avenue, Suite 300 |
| P: (248) 540-6800 | Birmingham, MI 48009 |
| sbatey@bateylaw.com | P: (248) 593-6400 |
| | rae.gross@ogletree.com |

## **STIPULATED ORDER AMENDING CASE CAPTION**

    The Court, having reviewed the parties' stipulation to amend the case caption to correct the name of the Defendant in the above matter, and being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the case caption in this matter is amended to reflect the correct Defendant by substituting "Fiat Chrysler Automobiles" for "FCA US LLC" as the proper party Defendant in this action.  The Clerk of the Court shall, upon receipt of a copy of this order, amend the case title accordingly.

**IT IS SO ORDERED.**

Dated: December 16, 2021            <u>s/Denise Page Hood</u>
                                                  United States District Judge

**Approved as to form and substance:**

Dated: December 16, 2021           Respectfully submitted,

| BATEY LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC |
|---|---|
| <u>/s/ Scott P. Batey (w/consent)</u> | <u>/s/ S. Rae Gross</u> |
| Scott P. Batey (P54711) | S. Rae Gross (P42514) |
| Attorney for Plaintiff | Attorney for Defendant FCA US LLC |
| 30200 Telegraph Road, Suite 400 | 34977 Woodward Avenue, Suite 300 |
| Bingham Farms, MI 48025 | Birmingham, Michigan 48009 |
| (248) 540-6800 | (248) 593-6400 |
| sbatey@bateylaw.com | rae.gross@ogletree.com |